1   STEVEN G. KALAR
Federal Public Defender
2   JODI LINKER
Assistant Federal Public Defender
3   19th Floor Federal Building
450 Golden Gate Avenue
4   San Francisco, CA 94102
Telephone:  (415) 436-7700
5
Counsel for Defendant JACOBS
6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,   )   No. CR-11-0121 EDL
                           )
12             Plaintiff,   )   STIPULATION AND [PROPOSED]
                           )   ORDER TO CONTINUE
13   v.                         )
                           )
14   CHARLES JACOBS,         )
                           )
15           Defendant.   )
   _____)
16

17

18

19

20

21

22

23

24

25

26

1      The parties jointly request that the status conference presently set for June 4, 2013 be

2  continued to June 11, 2013 at 11:00 am.  Defense counsel will be out of town and unavailable on

3  June 4, therefore the parties are requesting a one week continuance of the matter.  The United

4  States Probation Officer assigned to this case has been contacted about this request and is

5  available on June 11.

6      IT IS SO STIPULATED.

7

8  __May 7, 2013__                                         _____/s/_____
   DATED                                                   MARC PRICE WOLF

9                                                          Special Assistant United States Attorney

10

11 __May 7, 2013__                                         _____/s/_____
   DATED                                                   JODI LINKER
                                                           Assistant Federal Public Defender

12

13

14     IT IS SO ORDERED.

15

16 May 7, 2013                                             _Elizabeth D. Laporte_____

17 DATED                                                   ELIZABETH D. LAPORTE
                                                           Chief United States Magistrate Judge

18

19

20

21

22

23

24

25

26

Stipulation & [Proposed] Order to Continue;
*US v. Jacobs*, Case No. 11-0121 EDL                    2