1  United States District Court
2  FOR THE NORTHERN DISTRICT OF CALIFORNIA
3
4  UNITED STATES OF AMERICA           )
                                       )
5           vs.                        )   Docket Number: CR-11-00121-001 EDL
                                       )
6  CHARLES JACOBS                      )
                                       )
7
8
9  ORDER FOR MODIFICATION OF PROBATION

10  The conditions of supervision are modified as follows: *EDL starting within two weeks of today*

11  The offender shall, for the remainder of his supervision, reside in a sober living environment (SLE), or a residential reentry center (RRC), and shall observe the rules of that facility.

14  The offender shall be restricted to driving to and from work, for purposes of work, and to meet other treatment or court obligations, *and to drive to BART station nearest to SLE for purposes of visiting family.*

Date: May 6, 2014                    _____
                                      Elizabeth D. Laporte
                                      United States Magistrate Judge